**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ELMER RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-394-D |
| | ) | |
| TODD BLANCHE, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his detention with U.S. Immigration and Customs Enforcement ("ICE"). [Doc. No. 1]. On March 3, 2026, the Court entered an Order referring this case to Magistrate Judge Chris M. Stephens pursuant to 28 U.S.C. §§ 636(b)(1)(B) and (C). [Doc. No. 3]. On August 10, 2026, Respondents filed a notice informing the Court that Petitioner was removed from the United States to the Republic of Guatemala on August 1, 2026. [Doc. No. 12].

Accordingly, the Court terminates the referral to Magistrate Judge Stephens and finds that this action should be dismissed as moot.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED AS MOOT**. A separate judgment of dismissal shall be entered.

**IT IS SO ORDERED** this 12th day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE